**WEINSTEIN, PINSON & RILEY, P.S.**
2001 Western Ave., Ste. 400
Seattle, WA 98121
Telephone: (877) 332-3543

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA (RICHMOND)

In re:
Derek A. Williams
        Debtor.

SSN # XXX-XX-4260

CHAPTER 13
CASE NO. 14-31772

NOTICE OF WITHDRAWAL OF
PROOF OF CLAIM #6

TO: Attorney for the Debtor: Yvonne Cochran
TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of Delbert Services Corporation, for account # **XXXX4602**, in the amount of $2859.78 docketed by the court on **April 14, 2014**, claim number 6.
2. You are notified that such proof of claim is hereby withdrawn pursuant to Bankruptcy Rule 3006.

DATED:  September 15, 2014

**WEINSTEIN, PINSON & RILEY, P.S.**

/s/ Max Zaleski
Max Zaleski, BK Services Supervisor
2001 Western Ave., Ste. 400
Seattle, WA 98121
Telephone: (877) 332-3543

Representing:  Delbert Services Corporation